UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNCHTYKBEK PRIDINOV,<br><br>         Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>         Respondents. | Case No.: 26-CV-967 TWR (DDL)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS, AND (2) SETTING HEARING**<br><br>(ECF No. 1) |

  Presently before the Court is Petitioner Tynchtykbek Pridinov's Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief ("Pet.," ECF No. 1), filed pursuant to 28 U.S.C. § 2241. Having reviewed the Petition, the Court concludes that summary dismissal is unwarranted at this

1

time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false." (citing *Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir. 1990))).

Accordingly, the Court **ORDERS** Respondents Christopher LaRose, Daniel A. Brightman, Todd Lyons, Kristi Noem, Pamela Bondi, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than 5:00 p.m. PST on Monday, February 23, 2026. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than noon (12:00 p.m. PST) on Thursday, February 19, 2026. The Court also **SETS** an Order to Show Cause Hearing for Thursday, February 26, 2026, at 4:00 p.m. in Courtroom 14A.

**IT IS SO ORDERED.**

Dated: February 18, 2026

_____
Honorable Todd W. Robinson
United States District Judge